441 A.2d 798

Commonwealth v. Sperber, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 7, 1981. Benjamin Pomerantz, for appellant; Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.